RECEIVED
JAN 28 2026
PRO SE OFFICE

"The mask
open AI
patents

This machine also
collect files and hold
and store them from government
files.

The plaintiff (this action Les to the plaintiff patent being taken) extends law on the use of technology that set plaintiff up with wrongful conviction Because of the plaintiff person as person as property and "will" and "eye". They will use this to illegaly set up plaintiff and stage events by scanning and hitting screens. The government the ones responsible for the event set forth. This game happen because government persons and departments was mad about the usage of these machines and files which wantint allow them to use patents and files that belong to plaintiff, they claim right as relation and continued to misuse with the knowledge about in John Doe departments and a program and lied to other government officials why they threatened other people who they hit screens on to keep them out of touch unless they gone up plaintiff person and set him up. James Slater is one of those persons and all other as mary ann richardson, Katrina ellison, Lawrence ellison, Ms. Lee plaintiff Great Grand mother and all parties herein with a relationship to those departments as informants and workers who acted on these assults with no regaurd for life. people in mass school shootings and murders in inner cities. The eye in the hand would be part of the trick they play. As a dangrous trick where they play scripts that Lead to funerals where "people" Are burried but they are not dead. A scan of plaintiff will now

Extension _____

Boards

The defendants acted in concert to "kill" plaintiff by stealing plaintiff files and businesses and starting company "Securus networks" who use a "lithium" Battery that connect the defendants to pass "accounts" where they went after Plaintiff files and tried to kill plaintiff. This latest trick would lock inmates to an account thats only tied to them so the defendants can look like plaintiff merged his person with preknowledge Because of the u program and foreseeable events misusen plaintiff person as person and property where plaintiff had to wait to he got to the top of they eye were all them stole things from plaintiff like they was shopping. They can all be reviewed as they continue right now to threaten to take plaintiff life because of this suit, and joke like hay this is fake Because it was in the u program (Brown mass school shooting review suit)

Plaintiff seek redress as soon as I seem fit. The plaintiff suffer greatly and continue to recieve threats against life and continue disregaurd of help and violations of riles against my person in order as the defendants try to hide a plot to fake plantiff files as person and property and show my real life and then fake life to try to make people stay away from my story with smells they took from they own person and scaus they took from they own person and chopped off doors put the front to the back and back ford and that's how the plantiff knew they was on his cell, and then every way they flip the "eye" and give false positives over the years and collect files leading to one leaving the ability to flip files and video and change events to violate plaintiff person why it's violation to have informants

partake in life on any level of a "eye" or anywhere near a "eye" or fiks. They have the ability to push the blaim on everyone. And after almost 20 years of suffering the plaintiff Seek review and moment from defendants as they contenue to defile the plaentiff "eye" to act as if plaintiff gay and they got the right life. The plaintiff now bens at the knee of the mercy of the court.